468

■

**COMMONWEALTH of Pennsylvania,**
**Appellee,**

v.

**Edward BRACEY, Appellant.**

Supreme Court of Pennsylvania.

May 8, 2002.

Robert Brett Dunham, Philadelphia, for appellant Edward Bracey.

Catherine Marshall, Philadelphia, and Robert A. Graci, Harrisburg, for appellee Commonwealth of PA.

### *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of May, the above-captioned Motion is hereby denied.